**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wal-Mart Stores, Inc
4310 Montgomery Highway
Dothan, AL 36303

06cv1123

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Cynthia Parker    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

Cynthia Parker    2-06-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from servi    7006 0810 0005 4060 7846

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540