**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NAOMI McCRAY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **VS.** | ) | **Civil Action No.:** |
| | ) | **1:06-CV-1123-MEF** |
| **WAL-MART STORES, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Defendant Wal-Mart Stores, East, LP, is a wholly owned subsidiary of Wal-Mart Stores, Inc. There are no other persons or entities which own any stock in this defendant.


5/07/07                                          /s/ Jonathan S. Harbuck
Date                                             JONATHAN S. HARBUCK
                                                 Attorney for Defendant
                                                 Wal-Mart Stores, East, Inc.
                                                 THE KULLMAN FIRM
                                                 600 University Park Place
                                                 Suite 340
                                                 Birmingham, AL 35209
                                                 Telephone: (205) 871-5858
                                                 Facsimile: (205) 871-5874

Elizabeth Darby Rehm
Attorney for Defendant
Wal-Mart Stores, East, Inc.
THE KULLMAN FIRM
1100 Riverview Plaza
63 S. Royal Street
Mobile, AL 36602
Telephone: (251) 432-1811
Facsimile: (251) 433-1230

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bobbie S. Crook, Esq.
367 South Saint Andrews Street
Dothan, AL 36301

Ann C. Robertson, Esq.
Temple D. Trueblood, Esq.
Wiggins, Childs, Quinn & Pantazis, P.C.
The Kress Building
301 19th Street North
Birmingham, AL 35203

/s/ Jonathan S. Harbuck