**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NAOMI McCRAY** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 1:06-CV-1123-MEF** |
| | ) | |
| **WAL-MART STORES, INC.** | ) | |
| | ) | |
|     **Defendant.** | ) | |

### REPORT OF PARTIES' RULE 26 PLANNING MEETING

1. <u>Appearances</u>:

   Pursuant to Fed.R.Civ.P. 26(f), a meeting of the parties' representatives was held via telephone on May 22, 2007.

   a. Appearing on behalf of plaintiff:

   Temple D. Trueblood; Wiggins Childs, Quinn & Pantazis, L.L.C.

   b. Appearing on behalf of defendant: Jonathan S. Harbuck; The Kullman Firm.

   c. Appearing on behalf of defendant: Elizabeth Darby Rehm; The Kullman Firm.

2. <u>Parties</u>:

   a. The plaintiffs shall have until July 23, 2007, to join any additional parties.

   b. The defendants shall have until August 23, 2007, to join any additional parties.

3. <u>Pleadings</u>:

   a. The plaintiffs shall have until July 23, 2007, to amend the pleadings.

   b. The defendants shall have until August 23, 2007, to amend the pleadings.

4. Dispositive Motions:

   All potentially dispositive motions must be filed no later than March 31, 2008.

5. Expert Testimony:

   Unless modified by stipulation of the parties, the disclosure of expert witnesses - including a complete report under Fed.R.Civ.P. 26(a)(2)(B) from any specially retained or employed expert - are due:

   a. From the plaintiff: January 31, 2008;

   b. From the defendant: March 7, 2008;

6. Discovery Limitations and Cutoffs: The parties jointly propose to the Court the following discovery plan:

   Discovery is needed on the following subjects: liability, defenses and damages.

   Settlement cannot be realistically evaluated prior to substantial discovery.

   a. Unless modified by stipulation of the parties:

   **Depositions:**

   **The Plaintiff requests: Maximum of 10 depositions by plaintiff and 10 depositions by defendant, with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties.**

   **The Defendant requests: Maximum of 10 depositions by plaintiff and 10 depositions by defendant, with a maximum time limit of 8 hours for the depositions taken of the plaintiff and the defendant's Rule 30(b)(6) representative(s), and a maximum time limit of 4 hours for all other deponents.**

   Interrogatories:

   Maximum of 30 by each party, with responses due within 30 days after service.

   Request for Production:

   Maximum of 50 by each party, with responses due within 30 days after service.

Supplementation:

Supplements under Rule 26(e), Fed.R.Civ.P., are due 30 days before the close of discovery.

b. Pre-discovery disclosure: The parties shall exchange the information required by Rule 26(a)(1) by June 12, 2007.

c. Unless modified by court order for good cause shown, all discovery must be commenced in time to be completed by May 1, 2008.

7. Pre-trial conference:

The parties request a final pretrial conference on June 30, 2008.

8. Trial:

This case should be ready for trial by July 30, 2008, and at this time is expected to take approximately 3-4 days for trial.

9. Final lists:

Final lists of trial witnesses and exhibits under Fed.R.Civ.P. 26(a)(3) must be served and filed:

a. By the plaintiff: Thirty (30) days before the trial date.

b. By the defendant: Thirty (30) days before the trial date.

Objections are to be filed within 15 days after service of final lists of trial witnesses and evidence.

10. Scheduling Conference:

The parties do not request a scheduling conference prior to the entry of the Scheduling order.

11. Counsel for defendant has given plaintiff's counsel permission to submit hereon their electronic signatures for submission to the Court.

May 22, 2007.

                                  Respectfully submitted,

                                  /s/ Temple D. Trueblood
                                  Ann C. Robertson
                                  Temple D. Trueblood
                                  Counsel for Plaintiff

OF COUNSEL:
Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205-314-0500

CO-COUNSEL:
Bobbie S. Crook, Esq.
367 South St. Andrews Street
Dothan, Alabama 36301
334-671-8062

                                  /s/ Jonathan S. Harbuck
                                  Jonathan S. Harbuck
                                  Counsel for Defendant

The Kullman Firm
600 University Park Place
Suite 340
Birmingham, AL 35209
(205) 871-5858

                                  /s/ Elizabeth Darby Rehm
                                  Elizabeth Darby Rehm
                                  Counsel for Defendant

OF COUNSEL:
Elizabeth Darby Rehm
The Kullman Firm
63 S. Royal Street, Ste. 1100
Post Office Box 1287
Mobile, AL 36633
(251) 432-1811