# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| NAOMI McCRAY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   **CIVIL ACTION NO.:** |
| | )   **1:06-cv-1123-MEF** |
| WAL MART STORES, INC., | ) |
| | ) |
|     Defendant. | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Naomi McCray, the Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Respectfully submitted,

s/ Temple D. Trueblood
Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiff

OF COUNSEL:
**WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.**
The Kress Building
301 19th Street North
Birmingham, AL  35203
(205) 314-0500

**CO-COUNSEL:**
Bobbie S. Crook, Esq.
367 South St. Andrews Street
Dothan, AL 36301
(334) 671-8062

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on November 27, 2007, filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jonathan S. Harbuck
The Kullman Firm
600 University Park Place
Suite 340
Birmingham, AL 35209

Elizabeth Darby Rehm
The Kullman Firm
63 S. Royal Street, Ste. 1100
Post Office Box 1287
Mobile, AL 36633

                                            s/ Temple D. Trueblood
                                            OF COUNSEL