IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NAOMI McCRAY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:06-cv-1123-MEF |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Amend/Correct Complaint (Doc. #14) filed on January 29, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 5th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE