**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NAOMI McCRAY,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **VS.** | * | **Civil Action No.:** |
| | * | |
| **WAL-MART STORES, INC.,** | * | **1:06-CV-1123-MEF** |
| | * | |
| **Defendant.** | * | |

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

Defendant Wal-Mart Stores East, L.P., moves for the appearance of MARGARET L. HAYDON of The Kullman Firm as counsel of record in the above-captioned case and requests that Ms. Haydon be substituted for JONATHAN S. HARBUCK.

Elizabeth Darby Rehm of The Kullman Firm will remain counsel of record for Defendant Wal-Mart Stores East, L.P.

WHEREFORE, Defendant Wal-Mart Stores East, L.P. requests that the Court grants its motion and substitute MARGARET L. HAYDON in place of JONATHAN S. HARBUCK as counsel of record in this matter.

*/s/ Elizabeth Darby Rehm*_____
ELIZABETH DARBY REHM
Attorney for Defendant,
Wal-Mart Stores, East, Inc.

OF COUNSEL:
Jackson Myrick
THE KULLMAN FIRM
A Professional Law Corporation
63 S. Royal Street, Suite 1100
Post Office Box 1287

Mobile, Alabama 36633
Telephone:    (251) 432-1811
Facsimile:    (251) 433-1230


*/s/ Margaret L. Haydon*
MARGARET L. HAYDON
Attorney for Defendant
Wal-Mart Stores, East, Inc.

OF COUNSEL:
THE KULLMAN FIRM
600 University Park Place
Suite 340
Birmingham, Alabama 35209
Telephone:    (205) 871-5858
Facsimile:    (205) 871-5874


**CERTIFICATE OF SERVICE**

I certify that on April 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bobbie S. Crook, Esq.
367 South Saint Andrews Street
Dothan, Alabama 36301

Ann C. Robertson, Esq.
Temple D. Trueblood, Esq.
Wiggins, Childs, Quinn & Pantazis, P.C.
The Kress Building
301 19th Street, North
Birmingham, Alabama 35203


*/s/ Elizabeth Darby Rehm*
ELIZABETH DARBY REHM