IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NAOMI McCRAY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   CASE NO. 1:06-cv-1123-MEF |
| | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Substitute Counsel of Record (Doc. #18) filed on April 9, 2008, which the Court construes as a notice of appearance for Margaret L. Haydon and a motion by Margaret L. Haydon to withdraw the appearance of another attorney in the case, it is hereby

ORDERED that the motion is GRANTED insofar it seeks to have Margaret L. Haydon added as additional counsel of record and DENIED insofar as it seeks to withdraw the appearance of Mr. Harbuck. It will be necessary for Mr. Harbuck to file his own motion for leave to withdraw from the case; another attorney cannot do that for him.

DONE this the 10th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE