IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NAOMI McCRAY, | * | |
| Plaintiff, | * | |
| VS. | * | Civil Action No.: |
| WAL-MART STORES, INC., | * | 1:06-CV-1123-MEF |
| Defendant. | * | |

## MOTION TO WITHDRAWAL AND SUBSTITUTE COUNSEL OF RECORD

Defendant Wal-Mart Stores East, L.P. and JONATHAN S. HARBUCK, move for the withdrawal of JONATHAN S. HARBUCK as counsel of record and for the substitution of MARGARET L. HAYDON of The Kullman Firm as counsel of record in the above-captioned case.

Elizabeth Darby Rehm of The Kullman Firm will remain counsel of record for Defendant Wal-Mart Stores East, L.P.

WHEREFORE, Defendant Wal-Mart Stores East, L.P. and JONATHAN S. HARBUCK request that the Court grant the motion of JONATHAN S. HARBUCK to withdraw and to substitute MARGARET L. HAYDON in place of JONATHAN S. HARBUCK as counsel of record in this matter.

JONATHAN S. HARBUCK

/s/ Elizabeth Darby Rehm
ELIZABETH DARBY REHM

Attorney for Defendant,
Wal-Mart Stores, East, Inc.

OF COUNSEL:
Jackson Myrick
THE KULLMAN FIRM
A Professional Law Corporation
63 S. Royal Street, Suite 1100
Post Office Box 1287
Mobile, Alabama 36633
Telephone:   (251) 432-1811
Facsimile:    (251) 433-1230


*/s/ Margaret L. Haydon*
MARGARET L. HAYDON
Attorney for Defendant
Wal-Mart Stores, East, Inc.

OF COUNSEL:
THE KULLMAN FIRM
600 University Park Place
Suite 340
Birmingham, Alabama 35209
Telephone:   (205) 871-5858
Facsimile:    (205) 871-5874


## CERTIFICATE OF SERVICE

I certify that on April 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bobbie S. Crook, Esq.
367 South Saint Andrews Street
Dothan, Alabama 36301

Ann C. Robertson, Esq.
Temple D. Trueblood, Esq.
Wiggins, Childs, Quinn & Pantazis, P.C.
The Kress Building
301 19th Street, North
Birmingham, Alabama 35203

                                        */s/ Margaret L. Haydon*
                                        MARGARET L. HAYDON