**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **NAOMI McCRAY,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **1:06-cv-1123-MEF** |
| **WAL MART STORES, INC.,** ) | |
| ) | |
|     **Defendant.** ) | |

**MOTION OF ANN C. ROBERTSON, TEMPLE D. TRUEBLOOD, AND BOBBIE S. CROOK TO WITHDRAW FROM REPRESENTATION OF PLAINTIFF, NAOMI McCRAY**

COME NOW Ann C. Robertson, Temple D. Trueblood, and Bobbie S. Crook, attorneys for the Plaintiff in the above-styled cause, and move this Honorable Court to withdraw as counsel of record for Plaintiff, Naomi McCray, and submit the following in support thereof:

1.    Counsel for Plaintiff has attempted to discuss the present Motion with counsel for the Defendant by leaving detailed messages regarding same, but have been unable to speak with them at the time of the filing of this motion to ascertain whether they oppose the filing of this motion.

2.    Communications between counsel and Plaintiff have broken down to such a degree as counsel is presently unable to adequately represent the Plaintiff, to provide the Plaintiff with legal advice, or to continue representation of the Plaintiff. Counsel for Plaintiff has informed Plaintiff of their intent to withdraw as her attorneys.

3.    Counsel also requests that the Court extend any pending responsive deadlines for a reasonable time period to allow the Plaintiff time to obtain new counsel in this matter, should she choose to do so.

4.    In light of the confidential nature of facts giving rise, at least in part, to the position

in which Plaintiff's counsel is placed and which has resulted in the submission of this Motion, Plaintiff's counsel requests an *en camera ex parte* conference with the Court to discuss the nature of same should the Court need any additional information to adequately make a ruling.

      WHEREFORE, PREMISES CONSIDERED, Ann C. Robertson, Temple D. Trueblood and Bobbie S. Crook respectfully request that they be allowed to withdraw as attorneys of record for the plaintiff, Naomi McCray, in this matter.

                    Respectfully submitted,

                    s/ Ann C. Robertson
                    Ann C. Robertson
                    Temple D. Trueblood
                    Counsel for Plaintiff

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

CO-COUNSEL:
Bobbie S. Crook, Esq.
367 South St. Andrews Street
Dothan, Alabama 36301
(334) 671-8062

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 22nd day of April 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Margaret L. Haydon
The Kullman Firm
600 University Park Place
Suite 340
Birmingham, AL 35209
(205) 871-5858

Elizabeth Darby Rehm
The Kullman Firm
63 S. Royal Street, Ste. 1100
Post Office Box 1287
Mobile, AL 36633

      I do hereby certify that on this the 22nd day of April 2008, I have served a copy of the above and foregoing, by overnight delivery, properly addressed and postage prepaid, on:

Naomi McCray
102 Sherwood Drive
Dothan, Alabama 36303

                                                       s/ Ann C. Robertson
                                                         OF COUNSEL