IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NAOMI McCRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-1123-MEF |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of the Motion to Withdraw as Attorney (Doc. #22) filed on April 22, 2008, it is hereby

ORDERED that the motion is set for hearing on May 13, 2008 at 2:00 P.M. in the United States courthouse, One church Street, Courtroom 2A, Montgomery, Alabama.

It is further ORDERED that the plaintiff and counsel for the plaintiff shall appear in person at said hearing.  Counsel for the plaintiff is DIRECTED to ensure that plaintiff receives a copy of this Order before the hearing.

DONE this the 24th day of April, 2008.


_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE