**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **NAOMI McCRAY,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:06-cv-1123-MEF |
| **WAL MART STORES, INC.,** ) | |
| ) | |
|     **Defendant.** ) | |

**MOTION (UNOPPOSED) TO RE-SET HEARING ON MOTION OF ANN C.
ROBERTSON, TEMPLE D. TRUEBLOOD, AND BOBBIE S. CROOK TO WITHDRAW
FROM REPRESENTATION OF PLAINTIFF, NAOMI McCRAY**

COMES NOW the Plaintiff in the above-styled cause, and moves this Honorable Court to re-set the hearing on the Motion to Withdraw of Plaintiff's Counsel which is presently set for May 13, 2008 at 2:00 P.M., and in support thereof submits the following:

    1.    On April 22, 2008, counsel for Plaintiff submitted a Motion to Withdraw as counsel.

    2.    Via an April 24, 2008, Order the Court has set a hearing on the Motion for May 13, 2008 at 2:00 P.M.

    3.    Plaintiff's counsel are presently scheduled to take depositions in another pending matter the week of May 12, 2008, such that they cannot attend the hearing as set.

    4.    Plaintiff's counsel has discussed this matter with counsel for the defendant and the parties are available to conduct the Hearing in the afternoon of May 6, 2008.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully requests that the hearing on the pending Motion to Withdraw be rescheduled for May 6, 2008, as set out above.

        Respectfully submitted,


        s/ Temple D. Trueblood
        Ann C. Robertson
        Temple D. Trueblood
        Counsel for Plaintiff

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

CO-COUNSEL:
Bobbie S. Crook, Esq.
367 South St. Andrews Street
Dothan, Alabama 36301
(334) 671-8062

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 28th day of April 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Margaret L. Haydon
The Kullman Firm
600 University Park Place
Suite 340
Birmingham, AL 35209
(205) 871-5858

Elizabeth Darby Rehm
The Kullman Firm
63 S. Royal Street, Ste. 1100
Post Office Box 1287
Mobile, AL 36633


I do hereby certify that on this the 28th day of April 2008, I have served a copy of the above and foregoing, by overnight delivery, properly addressed and postage prepaid, on:

Naomi McCray
102 Sherwood Drive
Dothan, Alabama 36303


                                                   s/ Temple D. Trueblood
                                                   OF COUNSEL