IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NAOMI McCRAY, ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | CASE NO. 1:06-cv-1123-MEF |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Motion to Continue Hearing on Motion to Withdraw as Attorney (Doc. #24) filed on April 28, 2008, it is hereby

ORDERED that the motion is GRANTED and the hearing set for hearing on May 13, 2008 is rescheduled for May 6, 2008 at 2:00 P.M. in the United States courthouse, One church Street, Courtroom 2A, Montgomery, Alabama.

It is further ORDERED that the plaintiff and counsel for the plaintiff shall appear in person at said hearing. Counsel for the plaintiff is DIRECTED to ensure that plaintiff receives a copy of this Order before the hearing.

DONE this the 29th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE