IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **NAOMI McCRAY,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | Civil Action No.: |
| | * | |
| **WAL-MART STORES, INC.,** | * | 1:06-CV-1123-MEF |
| | * | |
| Defendant. | * | |

**DEFENDANT'S MOTION TO ENLARGE TIME FOR
FILING MOTION FOR SUMMARY JUDGMENT**

Defendant, Wal-Mart Stores, East, LP ("Wal-Mart"), requests the Court to grant an enlargement of time to and including Friday, August 8, 2008 to file its Motion for Summary Judgment and as grounds therefore shows:

1. Naomi McCray has no objection to granting this motion.

2. Summary judgment motions in this matter are scheduled to be filed no later than July 18, 2008.

3. Lead counsel for Wal-Mart, Elizabeth Darby Rehm, has been preparing a motion for summary judgment and accompanying brief.

4. On June 26, 2008, counsel's mother was hospitalized for what was believed to be a short stay. Her mother has had serious complications, including kidney failure, and is still hospitalized. Additionally, counsel's father is currently in a rehabilitation facility recovering from a stroke and hip fracture. Due to the recent unexpected illness of her mother, counsel has been unable to devote substantial time to complete the motion for summary judgment.

- 2 -

**WHEREFORE, PREMISES CONSIDERED,** Defendant Wal-Mart Stores, East, LP, moves the Court, to grant an enlargement of time to and including August 8, 2008 to file its Motion for Summary Judgment.

/s/ Elizabeth Darby Rehm
ELIZABETH DARBY REHM    (REHME4348)
Attorneys for Defendant,
Wal-Mart Stores, East, LP

OF COUNSEL:
JACKSON MYRICK
THE KULLMAN FIRM
A PROFESSIONAL LAW CORPORATION
63 S. Royal Street, Suite 1100
Post Office Box 1287
Mobile, Alabama 36633
Telephone:   (251) 432-1811
Facsimile:    (251) 433-1230

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on Naomi McCray by mailing a copy thereof certified mail, return receipt requested to:

Naomi McCray
102 Sherwood Drive
Dothan, AL 36303

/s/ Elizabeth Darby Rehm
ELIZABETH DARBY REHM