IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NAOMI McCRAY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:06-cv-1123-MEF |
| | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

On 6 May 2008, the District Court referred this case to the undersigned for all pretrial matters. (Doc. #27). On 11 July 2008, Defendant filed an unopposed Motion to Enlarge Time For Filing Motion For Summary Judgement (Doc. #28), requesting an extension of time to and including 8 August 2008, in which to file its Motion for Summary Judgment. Dispositive motions are currently due 18 July 2008. (Doc. # 10). Upon consideration of the Motion, it is

ORDERED that the Motion (Doc. #28) is GRANTED in part and DENIED in part. The parties shall have until **25 July 2008**, in which to file any dispositive motions. The Court is not insensitive to counsel's personal issues, however, this case is currently set for trial before the District Court on 1 December 2008. Thus, this Court will need sufficient time to allow the parties the appropriate amount of responsive briefing and to make a recommendation to the District Court, prior to trial, regarding any dispositive motions.

DONE this 14th day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE