# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **NAOMI McCRAY,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | Civil Action No.: |
| | * | |
| **WAL-MART STORES, INC.,** | * | 1:06-CV-1123-MEF |
| | * | |
| Defendant. | * | |

## NOTICE OF APPEARANCE

Cecily L. Kaffer gives notice that she is co-counsel of record for defendant Wal-Mart Stores, East, L.P. in this case.

                                              */s/ Cecily L. Kaffer*
                                              CECILY L. KAFFER   (KAFFC5953)
                                              Attorney for Defendant,
                                              Wal-Mart Stores, East, LP

OF COUNSEL:

Jackson Myrick
The Kullman Firm
A Professional Law Corporation
Post Office Box 1287
Mobile, Alabama 36633
Telephone:  (251) 432-1811
Facsimile:   (251) 433-1230
clk@kullmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify on July 17, 2008, that I have served a copy of the foregoing on Naomi McCray by mailing a copy thereof certified mail, return receipt requested to:

Naomi McCray
102 Sherwood Drive
Dothan, AL 36303

                                                */s/ Cecily L. Kaffer*
                                                CECILY L. KAFFER