`IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

NAOMI McCRAY,                    *
                                 *
        Plaintiff,               *
                                 *
VS.                              *        Civil Action No.:
                                 *
WAL-MART STORES, INC.,           *        1:06-CV-1123-MEF
                                 *
        Defendant.               *

**DEFENDANT'S MOTION TO CONTINUE TRIAL**

Defendant, Wal-Mart Stores, East, LP requests the Court to reset the trial of this matter from December 1, 2008, to its next trial term. As grounds, defendant states:

1.      On July 11, 2008, counsel for Wal-Mart, Elizabeth Darby Rehm, filed a Motion to Enlarge Time for Filing Motion for Summary Judgment, requesting an enlargement of time from July 18, 2008, until August 8, 2008, to file its motion. Ms. Rehm cited the unexpected hospitalization of her mother on June 26th, her mother's subsequent kidney failure and continued hospitalization, and her father's recovery from a stroke and broken hip in a rehabilitation facility.

2.      This Court granted in part and denied in part Wal-Mart's motion, granting a one week enlargement of time until July 25, 2008, for all parties to file motions for summary judgment. This Court cited the upcoming trial of this matter on December 1, 2008, the time needed for briefing, and the time needed for

consideration of the motion and preparation of a recommendation prior to the date of trial as reason for its partial denial of Wal-Mart's motion.

3.     After receiving the Court's order, Ms. Rehm learned that her mother was being placed on a feeding tube, one of her legs would be amputated below the knee and the foot of her other leg would require partial amputation.  Since learning of this, Ms. Rehm's mother has become depressed and has needed additional time and attention from her family.   Ms. Rehm's mother remains hospitalized at Mobile Infirmary.  Ms. Rehm's father, Willis C. Darby, Esq., also remains in a rehabilitation facility recovering from a stroke and hip fracture following his third hospitalization for a serious medical condition this calendar year.  Ms. Rehm's brother was recently diagnosed with stage IV cancer.

4.     Due to the recent unexpected and serious illnesses of her family, Ms. Rehm has been unable to devote the time needed to prepare Wal-Mart's motion for summary judgment.

5.     Wal-Mart has good grounds for summary judgment.

6.     Undersigned counsel recently has appeared in the case, with the expectation of taking the lead role, at least temporarily, including preparing and filing defendant's motion for summary judgment.   Unfortunately, undersigned counsel has not previously been involved in this case and therefore cannot complete the summary judgment motion and brief within the existing deadline. (The associate who has assisted in this case is preparing to take the Kentucky bar examination).

7.     A continuance of the trial setting would allow the court to extend the dispositive motion deadline to accommodate counsel's family issues.  (A motion for extension of the dispositive motion deadline has been filed contemporaneously herewith.)

8.     Undersigned counsel is set for trial on December 1, 2008, in EEOC v. AutoZone, CV-862-J-32MCR, in the United States District Court for the Middle District of Florida.

9.     Counsel has conferred with Plaintiff Naomi McCray.  Ms. McCray does not object to the proposed extension of the dispositive motion deadline. (Ms. McCray will notify counsel of her position regarding the proposed continuance of the trial and counsel will supplement the motion.)

WHEREFORE, defendant requests a continuance of the trial from December 1, 2008, to the next trial term.


*/s/ Cecily L. Kaffer*
CECILY L. KAFFER   (KAFFC5953)
Attorney for Defendant,
Wal-Mart Stores, East, LP


OF COUNSEL:

Jackson Myrick
The Kullman Firm
A Professional Law Corporation
Post Office Box 1287
Mobile, Alabama 36633
Telephone:  (251) 432-1811
Facsimile:   (251) 433-1230
clk@kullmanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify on July 17, 2008, that I have served a copy of the foregoing on Naomi McCray by mailing a copy thereof certified mail, return receipt requested to:

Naomi McCray
102 Sherwood Drive
Dothan, AL 36303

*/s/ Cecily L. Kaffer* _____
CECILY L. KAFFER