`IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

NAOMI McCRAY,                      *
                                   *
        Plaintiff,                 *
                                   *
VS.                                *        Civil Action No.:
                                   *
WAL-MART STORES, INC.,             *        1:06-CV-1123-MEF
                                   *
        Defendant.                 *

**DEFENDANT'S SUPPLEMENTAL STATEMENT IN SUPPORT OF ITS
MOTION TO CONTINUE TRIAL**

Earlier today, defendant, Wal-Mart Stores, East, LP, filed its motion for a continuance of the trial setting in this matter from December 1, 2008, to the next term of court. At the time of filing that motion, counsel had conferred with Plaintiff Naomi McCray regarding the proposed extension, and was waiting for her response. Ms. McCray has now notified counsel that she does not object to the continuance.

WHEREFORE, defendant requests a continuance of the trial from December 1, 2008, to the next trial term.

*/s/ Cecily L. Kaffer*
CECILY L. KAFFER   (KAFFC5953)
Attorney for Defendant,
Wal-Mart Stores, East, LP

OF COUNSEL:

Jackson Myrick
The Kullman Firm
A Professional Law Corporation
Post Office Box 1287
Mobile, Alabama 36633
Telephone:  (251) 432-1811
Facsimile:    (251) 433-1230
clk@kullmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify on July 17, 2008, that I have served a copy of the foregoing on Naomi McCray by mailing a copy thereof certified mail, return receipt requested to:

Naomi McCray
102 Sherwood Drive
Dothan, AL 36303

*/s/ Cecily L. Kaffer*
CECILY L. KAFFER