IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NAOMI McCRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-1123-MEF |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

It is hereby ORDERED that the Uniform Scheduling Order (Doc. #10) entered by the court on May 25, 2007 is VACATED.

It is further ORDERED that the Motion to Continue Trial (Doc. #31) and Motion for Extension of Time to File Dispositive Motions (Doc. #32) are DENIED as moot.

DONE this the 22nd day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE