OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MONTGOMERY, ALABAMA 36101-0711
ATTENTION: WALLACE CAPEL, JR

NAOMI MCCRAY
102 SHERWOOD DR
DOTHAN, ALABAMA
36303

August 1, 2008

Re: Case #1:06-cv-1123-MEF

Dear Judge Capel, Jr.

Enclosed is a copy of a letter I wrote Cecily Kaffer as well as a copy of the Certified Mail card and what she mailed me. I had no reason to notify Cecily Kaffer because she had already previously obtained my permission to notify her, please notice in her own words.

Thank you,

Naomi McCray

The Kullman Firm  
PO Box 1287  
Mobile, AL 36633

Naomi McCray  
102 Sherwood Drive  
Dothan, AL 36303

July 21, 2008  
Re: Case 1:06-cv-01123-MEF

Dear Ms. Cecily L. Kaffer

I am writing regarding the information you stated over the phone on July 16, 2008 that you wanted to postpone the trial until one week and the second time we spoke which was July 17, 2008, you said the trial date would be the 15th of December, 2008 which would be two weeks and now you stated in your letter no date at all, just the next trial term. And that is what exactly?

   On **The Defendant's Motion To Continue Trail** letter, page 3 number 9, you stated "(Ms. McCray will notify counsel of her of her position regarding the proposed continuance of the trial and counsel will supplement the motion)." Ms. Kaffer, are you speaking for me?  
I did not give you permission to say that I would notify anyone. I see no reason at all why you made that statement. I would appreciate it if you would please correct this statement and send me a revised copy of the correction.

   On **The Defendant's Renewed Motion For Extension of Dispositive Motion Deadline** letter, page 3, you stated "(Ms. McCray will notify counsel of her position regarding the proposed continuance of the trial and counsel will supplement the motion)." Once again, are you speaking for me without my consent? I have not informed you that I would notify anyone nor have you asked me to notify anyone concerning this matter.

   On Ms. Beth Rehm's letter she just stated that I had no objection to grant this motion and that was enough said.

> Romans 8:28, And we know that all things work together for good to them that love God, to them who are the called according to his purpose.

Sincerely,  
Naomi McCray

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Cecily L. Kaffer
    P.O. Box 1287
    Mobile, Al 36633

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Ashley Brooks
C. Date of Delivery: 7/24/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0001 3550 5952

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# JACKSON MYRICK
## The Kullman Firm
*A Professional Law Corporation*
www.kullmanlaw.com

Cecily L. Kaffer
clk@kullmanlaw.com

Mobile Office:

63 South Royal Street
Riverview Plaza, Suite 1100
Mobile, Alabama 36602

Post Office Box 1287
Mobile, Alabama 36633

July 25, 2008

Telephone: (251) 432-1811
Facsimile:  (251) 433-1230


Naomi McCray
102 Sherwood Drive
Dothan, AL 36303

   Re: **Naomi McCray vs. Wal-Mart Stores East LP**
      **Civil Action No.: 1:06-CV-1123-MEF**

Dear Ms. McCray:

  I'm writing to respond to your letter of July 21, 2008, and to follow up on my telephone call to you on July 24, 2008, regarding your letter. When I talked with you on July 16, I asked if you would object to a continuance of the trial. You said you would call me the next day and let me know. Because my court deadline was coming up, I wanted to file my motion right away, so I wrote in the motion "Ms. McCray will notify counsel of her position regarding the proposed continuance of the trial and counsel will supplement the motion." That was simply a formal way of saying that you would be calling me on the phone later to tell me whether you objected to our motion for a continuance and that I would let the court know what you said. I could not write that you did not object, because I did not yet know whether you objected. I was not speaking for you; rather, I was letting the court know that you were going to call me later to tell me whether you objected.

  When you called me on the afternoon of July 17, to say that you did not object, I filed a supplemental statement with the court. I said "Earlier today, defendant, Wal-Mart Stores, East, LP, filed its motion for a continuance of the trial setting in this matter from December 1, 2008, to the next term of court. At the time of filing that motion, counsel had conferred with Plaintiff Naomi McCray regarding the proposed extension, and was waiting for her response. Ms. McCray has now notified counsel that she does not object to the continuance." Again, that was simply a formal way of saying that when I filed my motion, I did not yet know whether you objected to a continuance, but now I knew that you did not object.

| Baton Rouge Office | Birmingham Office | Columbus Office | Jackson Office | New Orleans Office |
|---|---|---|---|---|
| Suite A · 4605 Bluebonnet Blvd | Suite 340 · 200 ... | Suite 505 · 200 ... Drive | ... 1400 ... Drive | 1600 Energy Centre · 1100 Poydras Street |
| Baton Rouge, Louisiana 70809 | Birmingham, ... | Columbus, Mississippi ... | ... | New Orleans, Louisiana 70163 |
| (225) 906-4250 | ... | (662) 244-... | ... | (504) 524-4162 |

Naomi McCray
July 25, 2008
Page 2 of 2

---

    Regarding the length of the continuance we were seeking, after our phone conversation, I spoke to Beth Rehm and to our assistant. We think that you misunderstood what we were telling you about the motions we intended to file. We advised you that we intended to ask the court for additional two week extension of the summary judgment deadline, not a two week extension of the trial date.

    I apologize for any confusion, and appreciate your cooperation with our motions.

                                             Very truly yours,

                                             Ceeily L. Kaffer

CLK/ieh