IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NAOMI McCRAY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:06-cv-1123-MEF |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #70) to the Recommendation of the Magistrate Judge filed on March 6, 2009 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #67) filed on February 23, 2009 is adopted;

3. That the motion for judgment on the pleadings (Doc. #40) and the motion for summary judgment (Doc. #42) are GRANTED, the motion for denial of summary judgment (Doc. #52) is DENIED, and this case is DISMISSED.

DONE this the 17th day of March, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE